HALL GRIFFIN LLP
HOWARD D. HALL, State Bar No. 148024
ELENA A. LEONARD, State Bar No. 303838
1851 E. First Street, 10th Floor
Santa Ana, CA 92705-4052
Telephone: 714-918-7000 Fax: 714-918-6996

FILED

2019 JUN -7 PM 1:31

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CASE No. 5:18-cv-01108-AB-JPR

**EP19MC0152**

S Jones Enterprises, Inc.

Plaintiff(s)

v.

Joseph W. Priest, et al.

Defendant(s)

**CERTIFICATION OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT**

I, _____Kiry K. Gray_____, Clerk of this United States District Court, certify that the attached judgment is a true and correct copy of the original judgment entered in this action on __3/18/19__ Date as it appears in the record of this Court, and that* *(see below)*

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure [*] has been filed."

IN TESTIMONY WHEREOF, I sign my name and affix the seal of this Court on __5-23-19__
Date

**KIRY K. GRAY**
CLERK, U.S. DISTRICT COURT

By: _Lori Wagers_
Deputy Clerk

1225

* Insert the appropriate language:

"No notice of appeal from this judgment has been filed, and no motion of any kind listed in Rule 4(a) of the Federal Rules of Appellate Procedure[*] has been filed."

"No notice of appeal from this judgment has been filed, and all motions of the kinds listed in Rule 4(a) of the Rules of Appellate Procedure[*] have been disposed of, the latest order disposing of such a motion having been entered on [date]."

"An appeal was taken from this judgment and this judgment was affirmed by mandate of the Court of Appeals issued on [date]."

"An appeal was taken from this judgment and the appeal was dismissed by order entered on [date]."

[ **NOTE:** The motions listed in Rule 4(a), Federal Rules of Appellate Procedure are: for judgment under Rule 50(b); to amend or make additional factual findings under Rule 52(b); for attorney's fees under Rule 54 if the district court extends the time to appeal under Rule 58; to alter or amend the judgment under Rule 59; for a new trial under Rule 59; or for relief under Rule 60(b) if filed no later than 28 days after judgment is entered.]

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| S JONES ENTERPRISES, INC., a California corporation,<br><br>Plaintiff,<br><br>vs.<br><br>JOSEPH W. PRIEST, an individual; PATRICIA L. PRIEST, an individual; ALL PERSONS UNKNOWN, CLAIMING ANY LEGAL OR EQUITABLE RIGHT, TITLE, ESTATE, LIEN, OR INTEREST IN THE PROPERTY DESCRIBED IN THE COMPLAINT ADVERSE TO PLAINTIFF'S TITLE, OR ANY CLOUD UPON PLAINTIFF'S TITLE THERETO; and DOES 1 through 20, inclusive,<br><br>Defendants. | CASE NO. 5:18-cv-01108-AB-JPR<br><br>JUDGE: Hon. André Birotte Jr.<br>CTRM.: 7B<br><br>[~~PROPOSED~~] DEFAULT JUDGMENT AGAINST DEFENDANTS JOSEPH PRIEST AND PATRICIA PRIEST |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Plaintiff S JONES ENTERPRISES, INC. ("SJE") has requested a default judgment against Defendants JOSEPH W. PRIEST ("Mr. Priest") and PATRICIA L. PRIEST ("Mrs. Priest") (collectively "Defendants") based on their failure to respond to SJE's First Amended Complaint ("FAC") filed herein. SJE has submitted an application for default judgment and supporting materials, including

1

declarations and exhibits, to substantiate its request. The Court has carefully reviewed the foregoing and rules as follows:

**IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:**

1. SJE's request for a default judgment against Defendants is granted;

2. SJE is granted immediate and quiet possession of the real property located at 22532 Raspberry Lane, Wildomar, California 92595 (hereinafter the "Subject Property") as of January 3, 2018, subject only to the encumbrance(s) authorized by SJE, and Defendants have no right, possession, title, and/or interest in the Subject Property adverse to SJE. The legal description of the Subject Property is as follows: Lot 37 of Tract No. 23196, in the City of Wildomar, County of Riverside, State of California, as per Map recorded in Book 202, Page(s) 31 through 34 inclusive of Maps, in the office of the County Recorder of said County;

3. Judgment against Defendants is hereby entered in favor of SJE;

4. Defendants are jointly and severally liable to SJE in the amount of $14,476.60 for damages they caused SJE by the inconvenience and time suffered by SJE in removing the cloud on title;

5. Defendants are jointly and severally liable to SJE for its attorneys' fees in the amount of $42,900.00.

**IT IS SO ORDERED.**

DATED: 3/18/2019

Hon. André Birotte Jr.
Judge of the United States District Court